UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO AGUIRRE,<br><br>          Petitioner,<br>  vs.<br>LINDA SANDERS, WARDEN,<br><br>          Respondent.<br>_____ | Case No. CV 10-9903 JHN (MRW)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: July 13, 2011

                                                _____
                                                HON. JACQUELINE H. NGUYEN
                                                UNITED STATES DISTRICT JUDGE